IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA, | No. CIV S-07-0296-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Before this court is Plaintiff's Unopposed Motion for an Extension of Time to File Motion for Summary Judgment (Doc. 13). On August 27, 2007, Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court ordered. Plaintiff has filed this motion in response.

   Plaintiff's Motion for an Extension of Time states that due to a scheduling error, counsel failed to file a motion for summary judgment pursuant to the scheduling order. Included in this scheduling error was an error in plaintiff's counsel receiving e-mail notifications from this

court.  Plaintiff's counsel indicates defense counsel does not oppose the grant of additional time for plaintiff to file his motion for summary judgment.

Good cause appearing, Plaintiff's Motion for an Extension of Time will be granted.  This will also be sufficient to discharge the Order to Show Cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for an Extension of Time to file his motion for summary judgment (Doc. 13) is granted;

2. The Order to Show Cause issued August 27, 2007 (Doc 12) is discharged; and

3. The Clerk of the Court is directed to file the motion for summary judgment attached to plaintiff's motion for extension of time as exhibit 1.

DATED:  September 24, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE