McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | Case No. 2:07-CV-00296-CMK<br><br>STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; ORDER |

      The parties through their undersigned attorneys stipulate that defendant will have an additional 45 days in which to file his motion for summary judgment in the above-captioned case.

      The new due date for defendant's motion will be December 7, 2007.

//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 23, 2007 | /s/ jonathan a. hendricks |
|   | JONATHAN A. HENDRICKS |
|   | (authorized via facsimile on 10/23/07) |
|   | Attorney at Law |
|   |   |
|   | Attorney for Plaintiff |
| Dated: October 23, 2007 | McGREGOR W. SCOTT |
|   | United States Attorney |
|   | LUCILLE GONZALES MEIS |
|   | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
|   |   |
|   | /s/ geralyn a. gulseth |
|   | GERALYN A. GULSETH |
|   | Special United States Attorney |
|   |   |
|   | Attorneys for Defendant |

IT IS SO ORDERED:

DATED:  November 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2