1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN GULSETH
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8923
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  RICHARD GARCIA,                    )
                                       )    Case No. 2:07-CV-00296-CMK
12           Plaintiff,                )
                                       )    STIPULATION FOR EXTENSION OF TIME
13           v.                        )    IN WHICH TO FILE DEFENDANT'S
                                       )    MOTION FOR SUMMARY JUDGMENT;
14  MICHAEL J. ASTRUE,                 )    ORDER
    Commissioner of                    )
15  Social Security,                   )
                                       )
16           Defendant.                )
                                       )
17  _____)

18
19         The parties through their undersigned attorneys stipulate that defendant will have an additional

20  20 days in which to file his motion for summary judgment in the above-captioned case.  This second

21  extension is being requested by defendant because the undersigned counsel had two Ninth Circuit brief

    deadlines, as well as other pending District Court matters.
22
           The new due date for defendant's motion will be December 28, 2007.
23

24  //

25  //

26  //

27  //

28  //

Respectfully submitted,

Dated: December 7, 2007

*/s/ jonathan a. hendricks*
JONATHAN A. HENDRICKS
(authorized via e:mail on 12/07/07)
Attorney at Law

Attorney for Plaintiff

Dated: December 7, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ geralyn a. gulseth*
GERALYN A. GULSETH
Special United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

DATED:  December 13, 2007

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE