IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA, | No. CIV S-07-0296-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On January 8, 2008, the court signed an order remanding this case to the Commissioner of Social Security for further proceedings based on the parties' stipulation.  Judgment was entered accordingly.

    A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge.  Plaintiff, however, has not notified the court regarding consent.  Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.

The order of remand (Doc. 26) and judgment (Doc. 27) will be vacated under Federal Rule of Civil Procedure 60(a). The undersigned had no jurisdiction to enter final judgment because all parties have not consented. Plaintiff will be required to show cause regarding her failure to comply with the local rules. <u>Plaintiff is advised that the submission of proper notification regarding consent will be considered an adequate response to this order to show cause</u>. Plaintiff will be forwarded a copy of the court's form regarding consent. Finally, plaintiff is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 11-110. Once the court is notified regarding consent, the stipulation for remand can then be dealt with properly.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order of Remand (Doc. 26) and the Judgment (Doc. 27) are hereby vacated;

2. Plaintiff shall show cause in writing, within 20 days from the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to serve on plaintiff a copy of the court's form entitled "Consent to Assignment or Request for Reassignment."

DATED: January 10, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE