```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8923
        Facsimile: (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:07-CV-00296-CMK<br><br>ORDER OF REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    Based on the parties' Stipulation for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, the Court orders that the above-captioned case be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: January 24, 2008

                          /s/ Craig M. Kellison
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE